Michael E. McNichols
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 993

     Attorneys for Defendants Wilson McColl
     & Rasmussen, Attorneys at Law and
     Hawley, Troxell, Ennis & Hawley, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MIRIAM G. CARROLL, | ) | |
| | ) | Case No: 1:08-CV-00022-MHW |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR DISMISSAL |
| vs. | ) | OF COMPLAINT AGAINST |
| | ) | WILSON, McCOLL & RASMUSSEN |
| WILSON McCOLL & RASMUSSEN, | ) | |
| ATTORNEYS AT LAW; HAWLEY, | ) | |
| TROXELL, ENNIS & HAWLEY, LLP, | ) | |
| AND JOHN AND JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS STIPULATED** that the complaint of the plaintiff against Wilson,

McColl & Rasmussen and any doe defendants who are agents, servants or employees of

Wilson, McColl & Rasmussen be **DISMISSED**.

MIRIAM G. CARROLL, Plaintiff
Dated: _____, 2008


CLEMENTS, BROWN & McNICHOLS, P.A.

By: _____
MICHAEL E. McNICHOLS
Attorney for Wilson, McColl & Rasmussen
Dated: _____, 2008


STIPULATION FOR DISMISSAL OF
COMPLAINT AGAINST WILSON,
McCOLL & RASMUSSEN          −2−