IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIRIAM G. CARROLL, | Case No. CV 08-22-CWD |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| WILSON McCOLL & RASMUSSEN, ATTORNEYS AT LAW; HAWLEY, TROXELL, ENNIS, & HAWLEY, LLP., | |
| Defendants. | |

Based on the STIPULATION of plaintiff and defendant Wilson, McColl & Rasmussen (Docket No. 25),

**IT IS ORDERED** that the complaint of the plaintiff against Wilson, McColl & Rasmussen and any doe defendants who are agents, servants or employees of Wilson, McColl & Rasmussen is **DISMISSED**.

DATED: November 6, 2008

Honorable Candy W. Dale
Chief United States Magistrate Judge