UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIRIAM G. CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>HAWLEY TROXELL ENNIS & HAWLEY, LLP,<br><br>    Defendant. | Case No. 1:08-CV-022-CWD<br><br>**ORDER** |

  Currently pending before the Court is Plaintiff's Motion to Dismiss. (Dkt. 44.) Defendants filed a response; however, they do not object to the Plaintiff's Motion. Therefore, no objection being noted and good cause appearing;

  IT IS HEREBY ORDERED that Plaintiff's Complaint against Hawley Troxell Ennis & Hawley, LLP., is dismissed with prejudice, each party to bear their own costs and fees.

  IT IS FURTHER ORDERED that, in light of the Plaintiff's motion, the Defendants' Motion for Summary Judgment (Dkt. 42) is denied as moot.



DATED: October 1, 2010

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge

ORDER - 1